# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH SHORT | : | |
| | : | |
| Plaintiff, | : | C.A. NO. 1:21-cv-1121-CFC |
| | : | |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| STATE OF DELAWARE DIVISION OF HEALTH AND SOCIAL SERVICES | : | |
| | : | |
| Defendant. | : | |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Luciana M. Parker hereby withdraws her appearance as attorney for Defendant State of Delaware Division of Health and Social Services in the above-captioned matter and that Deputy Attorney General Nicholas D. Picollelli, Jr. enters his appearance on behalf of Defendant State of Delaware Division of Health and Social Services.

**STATE OF DELAWARE**  
**DEPARTMENT OF JUSTICE**

*/s/ Luciana M. Parker*  
Luciana M. Parker, ID #5177  
Deputy Attorney General  
Carvel State Building  
820 N. French Street, 6th Floor  
Wilmington, Delaware 19801  
(302) 577-8400  
Luciana.Parker@delaware.gov

**STATE OF DELAWARE**  
**DEPARTMENT OF JUSTICE**

/s/ *Nicholas D. Picollelli, Jr.*  
Nicholas D. Picollelli, Jr., ID #6317  
Deputy Attorney General  
Carvel State Building  
820 N. French Street, 6th Floor  
Wilmington, Delaware 19801  
(302) 577-8400  
Nicholas.Picollelli@delaware.gov

DATED: May 5, 2023

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on May 5, 2023, he caused a true and correct copy of the attached *Substitution of Counsel* to be filed with the Clerk of Court using CM/ECF and will send notification to the following:

Ronald G. Poliquin, Esq., ID #4447
The Poliquin Firm LLC
1475 South Governors Avenue
Dover, DE 19904
ron@poliquinfirm.com
Attorney for Plaintiff

                                            **STATE OF DELAWARE**
                                            **DEPARTMENT OF JUSTICE**

                                            /s/ *Nicholas D. Picollelli, Jr.*
                                            Nicholas D. Picollelli, Jr., ID #6317